IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRAD D. HICE                                                                                    PLAINTIFF

v.                                      Civil No. 4:17-cv-04028

INVESTIGATOR BRANDON
KERREMORE, Ashdown Police
Department; SHERIFF BOBBY
WALRAVEN, Little River County;
And GINA BUTLER, Jail Administrator,
Little River County Jail                                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Set Trial. ECF No. 15.[1] The Court entered an Initial Scheduling Order in this case on August 24, 2017, (ECF No. 13) setting forth various deadlines including the time for discovery and the filing of summary judgment motions. Defendants have until January 22, 2018, to file a motion for summary judgment after discovery is completed. Plaintiff's motion to set a date for trial is therefore premature at this time.

Accordingly, Plaintiff's Motion to Set Trial (ECF No. 15) is **DENIED.**

**IT IS SO ORDERED this 19th day of September 2017.**

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff also requested that the Court appoint him counsel in this case. That portion of his motion was denied by the Court via Text Only Order on September 18, 2017. ECF No. 16.