IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BRAD D. HICE                                                                                        PLAINTIFF

v.                                            Civil No. 4:17-cv-04028

INVESTIGATOR BRANDON
KERREMORE, Ashdown Police
Department; SHERIFF BOBBY
WALRAVEN, Little River County;
And GINA BUTLER, Jail Administrator,
Little River County Jail                                                                          DEFENDANTS

## ORDER

Before the Court is Defendants' Motion to Withdraw Counsel. (ECF No. 18). Defendants request that John R. Myers, listed a lead counsel in this case, be permitted to withdraw. Jonathan C. Hill has filed an entry of appearance for Defendants and co-counsel, C. Burt Newell, will continue to represent Defendants in this matter.

Defendants' Motion to Withdraw Counsel (ECF No. 18) is **GRANTED. The Clerk is DIRECTED TO terminate John R. Myers as counsel for Defendants.**

**IT IS SO ORDERED THIS 16th day of October 2017.**

                                                /s/ *J. Marschewski*
                                                HON. JAMES R. MARSCHEWSKI
                                                UNITED STATES MAGISTRATE JUDGE